WILLIAM R. TAMAYO, SBN 084965
JONATHAN T. PECK, #12303 (VA)
RAYMOND T. CHEUNG, SBN 176086
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5649
Fax No. (415) 625-5657
raymond.cheung@eeoc.gov
Attorneys for Plaintiff

KURT T. HENDERSHOTT
Chapman & Intrieri, LLP
2236 Mariner Square Drive, Suite 300
Alameda, CA 94501
510/864-3600
510/864-3601 Facsimile
khendershott@chapmanandintrieri.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATED EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> **Plaintiff,** <br> v. <br><br> **FREMONT AUTOMOBILE DEALERSHIP, LLC dba FREMONT TOYOTA,** <br><br> **Defendant.** | CASE NO. CV 11-04131 CRB <br><br> STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE |

    Plaintiff UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

(hereinafter "Commission" or "EEOC") and Defendant FREMONT AUTOMOBILE

DEALERSHIP, LLC, dba FREMONT TOYOTA (hereinafter "Fremont Toyota"), through their

respective counsel have conducted numerous meet and confers regarding early mediation of the

above case.  The parties have agreed to utilize the Court's early ADR program and have filed a

stipulation/order requesting that this case be referred to mediation with Jeffrey A. Ross, a respected

private mediator with the Court's ADR program, who has decades of experience litigating the type

of employment discrimination issues similar to those in the present case.

1

2
     The parties jointly request the following continuance to accommodate the schedules and

3
availability of the selected mediator and individuals necessary to the ADR process in order to

4
maximize the likelihood of a successful mediation.  Accordingly, the parties respectfully submit the

5
following stipulated request to:

6
  1)  Continue the deadline for Defendant to file its ANSWER, currently set for October 31, 2011,

7
     by an additional 14 days.

8
  2)  Continue all other pending deadlines, including but not limited to the ADR deadline and the

9
     initial Case Management Conference, currently set for December 9, 2011, by an additional

10
     60 days.

11

12
Date:  October 26, 2011        By:       /s/ Raymond T. Cheung

13
                                                Raymond T. Cheung
                                                U.S. EQUAL EMPLOYMENT

14
                                                  OPPORTUNITY COMMISSION
                                                  San Francisco District Office

15

16
Date:  October 26, 2011        By:       /s/ Kurt T. Hendershott

17
                                                  Kurt T. Hendershott
                                                  Chapman & Intrieri, LLP

18
                                                  Attorney for Defendant
                                                  Fremont Automobile Dealership, LLC

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**      2
**EEOC v. Fremont Auto**
**Case No. CV 11-04131 CRB**

## ORDER GRANTING CONTINUANCE

**IT IS SO ORDERED.**   Case Management Conference reset for February 10, 2012 at 8:30 a.m.

Dated:  October 27, 2011

_____

JUDGE CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer