

Kurt T. Hendershott (SBN 131036)
Michael Y. Doko (SBN 235848)
CHAPMAN & INTRIERI, L.L.P.
2236 Mariner Square Drive, Suite 300
Alameda, California 94501-1089
Telephone: (510) 864-3600
Facsimile: (510) 864-3601

Attorneys for Defendant
FREMONT AUTOMOBILE DEALERSHIP
dba FREMONT TOYOTA

UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>FREMONT AUTOMOBILE DEALERSHIP, LLC d/b/a FREMONT TOYOTA<br><br>Defendant.<br>_____/ | Case No. CV 11-4131 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE**<br><br><br>Action Filed: August 23, 2011<br>The Hon. Charles R. Beyer |

Plaintiff UNITED STATES EQUAL OPPORTUNITY COMMISSION (hereinafter "Commission" or "EEOC") and Defendant FREMONT AUTOMOBILE DEALERSHIP, LLC dba FREMONT TOYOTA (hereinafter "FREMONT TOYOTA") through their counsel have agreed to utilize the Court's early ADR program and have filed a stipulation/order (and amended stipulations/orders) requesting that the case be referred to mediation. The case has been referred to mediation, mediator Kathryn Dickson, Esq. has been appointed, and pursuant to the Order of November 29, 2011, the mediation is to be completed by February 27, 2012.

1

The parties request a continuance of pending deadlines for an additional approximate 60 days to accommodate the schedules and availability of the selected mediator and individuals necessary to the ADR process, and to allow the parties to attempt to resolve the matter in mediation.

The parties request that the Case Management Conference be continued to April 6, 2012 at 8:30 a.m. in Courtroom 6, 17th Floor, S.F., or on a nearby date acceptable to the Court.

The parties request that the Joint Case Management Statement in compliance with the Standing ORDER SETTING CASE MANAGEMENT CONFERENCE of Judge Charles R. Breyer be due no later than seven days prior to the date of the continued Case Management Conference.

So Stipulated by and between the parties hereto through undersigned counsel.

DATED: December 14, 2011  /s/ Kurt T. Hendershott
Kurt T. Hendershott, Esq.
Attorneys for Defendant
Fremont Automobile Dealership, LLC dba
Fremont Toyota

DATED: December 14, 2011  /s/ Raymond T. Cheung
Raymond T. Cheung, Esq.
Attorneys for Plaintiff
U.S. Equal Employment Opportunity
Commission, San Francisco District Office

## ORDER GRANTING CONTINUANCE

**IT IS SO ORDERED.** Case Management Conference reset for April 6, 2012 at 8:30 a.m.

Dated: December 16, 2011

JUDGE CHARLES R. BREYER
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

CHAPMAN & INTRIERI, L.L.P.
Attorneys at Law
2236 Mariner Square Drive, Suite 300
Alameda, CA 94501
Telephone: (510) 864-3600
Facsimile: (510) 864-3601