ELISE M. BALGLEY
Bernard, Balgley & Bonaccorsi, LLP
3900 NewPark Mall Road, Third Floor
Newark, CA  94560
Telephone:  (510) 791-1888
Facsimile:  (510) 791-8008
ebalgley@3blawfirm.com
Attorney for Defendant

WILLIAM R. TAMAYO, SBN 084965
JONATHAN T. PECK, #12303 (VA)
RAYMOND T. CHEUNG, SBN 176086
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5649
Fax No. (415) 625-5657
raymond.cheung@eeoc.gov
Attorneys for Plaintiff

KURT T. HENDERSHOTT
Chapman & Intrieri, LLP
2236 Mariner Square Drive, Suite 300
Alameda, CA 94501
510/864-3600
510/864-3601 Facsimile
khendershott@chapmanandintrieri.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATED EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>**Plaintiff,**<br>**v.**<br><br>**FREMONT AUTOMOBILE DEALERSHIP, LLC dba FREMONT TOYOTA,**<br><br>**Defendant.** | **CASE NO. CV 11-04131 CRB**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE/RELIEF FROM INITIAL CASE MANAGEMENT ORDER** |

On or about February 10, 2012, attorneys representing Plaintiff UNITED STATES EQUAL

EMPLOYMENT OPPORTUNITY COMMISSION (hereinafter "Commission" or "EEOC") and

1   Defendant FREMONT AUTOMOBILE DEALERSHIP, LLC, dba FREMONT TOYOTA

2   (hereinafter "Fremont Toyota") engaged in the court appointed mediation and reached a tentative

3   settlement of this case.  The parties have endeavored to finalize the settlement terms in the form of a

4   Consent Decree to be file with this Court and believe they will be able to finalize all the terms of the

5   settlement within the next thirty (30) days.  Pursuant to Civil L.R. 16-2(d) and L.R. 7-12, the parties

6   

7   hereby stipulate to, and request a thirty (30) continuance to all calendared deadlines.

8   

9   Date:  March 28, 2011                    By:        /s/ Elise M. Balgley
                                                          Elise M. Balgley
10                                                        Bernard, Balgley & Bonaccorsi, LLP
                                                          Attorney for Defendant
11                                                        Fremont Automobile Dealership, LLC

12   

13  Date:  March 28, 2012                    By:        /s/ Raymond T. Cheung
                                                          Raymond T. Cheung
14                                                        U.S. EQUAL EMPLOYMENT
                                                          OPPORTUNITY COMMISSION
15                                                        San Francisco District Office

16  Date:  March 28, 2011                    By:        /s/ Kurt T. Hendershott
                                                          Kurt T. Hendershott
17                                                        Chapman & Intrieri, LLP
                                                          Attorney for Defendant
18                                                        Fremont Automobile Dealership, LLC

19  ///

20  ///

21  ///

22  

23  

24  

25  

26  

27  

28  

**STIPULATION AND [PROPOSED] ORDER FOR**                    2
**CONTINUANCE**
**EEOC v. Fremont Auto**
**Case No. CV 11-04131 CRB**

1

**[~~Proposed~~] ORDER**

2

3          Pursuant to the Stipulation above, it is so ordered.

4

5

Dated:  April 2, 2012

6                                                    _____

7                                                    JUDGE CHARLES R. BREYER
                                                     United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28