| | |
|---|---|
| 1 | ELISE M. BALGLEY |
| | Bernard, Balgley & Bonaccorsi, LLP |
| 2 | 3900 NewPark Mall Road, Third Floor |
| | Newark, CA  94560 |
| 3 | Telephone:  (510) 791-1888 |
| | Facsimile:  (510) 791-8008 |
| 4 | ebalgley@3blawfirm.com |
| | Attorney for Defendant |
| 5 | |
| 6 | WILLIAM R. TAMAYO, SBN 084965 |
| | JONATHAN T. PECK, #12303 (VA) |
| 7 | RAYMOND T. CHEUNG, SBN 176086 |
| | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| 8 | San Francisco District Office |
| | 350 The Embarcadero, Suite 500 |
| 9 | San Francisco, CA 94105-1260 |
| | Telephone No. (415) 625-5649 |
| 10 | Fax No. (415) 625-5657 |
| | raymond.cheung@eeoc.gov |
| 11 | Attorneys for Plaintiff |
| 12 | KURT T. HENDERSHOTT |
| | Chapman & Intrieri, LLP |
| 13 | 2236 Mariner Square Drive, Suite 300 |
| | Alameda, CA 94501 |
| 14 | 510/864-3600 |
| | 510/864-3601 Facsimile |
| 15 | khendershott@chapmanandintrieri.com |
| | Attorney for Defendant |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATED EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>FREMONT AUTOMOBILE DEALERSHIP, LLC dba FREMONT TOYOTA,<br><br>Defendant. | CASE NO. CV 11-04131 CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE/RELIEF FROM INITIAL CASE MANAGEMENT ORDER** |

On or about February 10, 2012, attorneys representing Plaintiff UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (hereinafter "Commission" or "EEOC") and

Defendant FREMONT AUTOMOBILE DEALERSHIP, LLC, dba FREMONT TOYOTA (hereinafter "Fremont Toyota") engaged in the court appointed mediation and reached a tentative settlement of this case. The parties have endeavored to finalize the settlement terms in the form of a Consent Decree to be file with this Court and believe they will be able to finalize all the terms of the settlement within the next thirty (30) days. Pursuant to Civil L.R. 16-2(d) and L.R. 7-12, the parties hereby stipulate to, and request a thirty (30) continuance to all calendared deadlines.

Date: March 28, 2011         By:        /s/ Elise M. Balgley
                                        Elise M. Balgley
                                        Bernard, Balgley & Bonaccorsi, LLP
                                        Attorney for Defendant
                                        Fremont Automobile Dealership, LLC

Date: March 28, 2012         By:        /s/ Raymond T. Cheung
                                        Raymond T. Cheung
                                        U.S. EQUAL EMPLOYMENT
                                        OPPORTUNITY COMMISSION
                                        San Francisco District Office

Date: March 28, 2011         By:        /s/ Kurt T. Hendershott
                                        Kurt T. Hendershott
                                        Chapman & Intrieri, LLP
                                        Attorney for Defendant
                                        Fremont Automobile Dealership, LLC

///

///

///

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE**
**EEOC v. Fremont Auto**
**Case No. CV 11-04131 CRB**

2

# [Proposed] ORDER

Pursuant to the Stipulation above, it is so ordered.

Dated: April 2, 2012

_____

JUDGE CHARLES R. BREYER
United States District Court Judge